**MEMO ENDORSED**



LAW OFFICES OF
# IRA D. LONDON

AVROM ROBIN
OF COUNSEL
ROBERT M. SILVERSTEIN
BRIAN J. NEARY, NY, NJ & MA BAR

245 FIFTH AVENUE
SUITE 1900
NEW YORK, NEW YORK 10016
TEL: 212-683-8000
FAX: 212-683-9422
EMAIL: iradlondon@aol.com
avrom@mindspring.com

RECEIVED
JUN 27 2007
CHAMBERS OF
JUDGE GRIESA

June 25, 2007

Honorable Thomas P. Griesa
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re: **United States v. Jenny Sue Leasure**
           07 Cr 500 (TPG)

Dear Judge Griesa:

    It is respectfully requested that my above client be excused from attending the first status conference on September 5, 2007 at 4:30PM.

    Ms. Leasure, who is released on bail, is a resident of Ohio. The trip to the Southern District would impose a financial hardship for her. As the court appearance is for status only, it is respectfully requested that her personal appearance be waived. Assistant United States Attorney Jenna Dabbs has no objection to this application.

Very truly yours,

/s/ Ira D. London

IRA D. LONDON

Cc: AUSA Dabbs
    Jenny Sue Leasure

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/07



Approved.
Thomas P. Griesa
USDJ
8/21/07