**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/07
```

LAW OFFICES OF
# IRA D. LONDON

AVROM ROBIN

OF COUNSEL
ROBERT M. SILVERSTEIN
BRIAN J. NEARY, NY, NJ & MA BAR

SUITE 1900
245 FIFTH AVENUE
NEW YORK, NEW YORK 10016
TEL: 212-683-8000
FAX: 212-683-9422
EMAIL: iradlondon@aol.com
avrom@mindspring.com



December 17, 2007

Honorable Thomas P. Griesa
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

        Re: **United States v. Callock, et al. (Jenny Sue Leasure)**
            07 Cr 500 (TPG)

Dear Judge Griesa:

    It is respectfully requested that my client, Jenny Sue Leasure, be excused from attending the next status conference on January 10, 2007.

    Ms. Leasure, who is released on bail, is a resident of Ohio. The trip to the Southern District of New York would impose a financial hardship for her. As the court appearance is for status only, it is respectfully requested that her personal appearance be waived. Further, she has been in compliance with all pretrial conditions since her release.

    Assistant United States Attorney Jenna Dabbs has no objection to this application.

Very truly yours,

IRA D. LONDON

Cc: A.U.S.A. Dabbs
     Jenny Sue Leasure

*Approved.*
Thomas P. Griesa
USAJ
12/20/07